

FILED

08 APR 22 PM 1:10

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Plaintiff,<br><br>vs.<br><br>MICHAEL SHAWN WATERS<br><br>      Defendant. | ) Criminal Case No.: 07cr1245<br>) Magistrate Case No.: 07mj0953<br>)<br>)<br>)<br>)<br>)<br>)<br>) **ORDER TO EXONERATE BOND**<br>)<br>)<br>) |

IT IS HEREBY ORDERED that the personal surety bond of $5000.00 which secured the presence of the Material Witnesses, **Rolando Morales Solis and Guillermo Camacho-Zapien** be exonerated forthwith, and the cash deposit of $500.00 each to be returned to the sureties at the following addresses:

**Oscar Orozco**
1509 Mount. Avenue, Apt. #F
Bakersfield, CA 93306

**Pedro Licona Moncada**

Order to Exonerate Bond

824 So. Vicentia Avenue
Corona, CA 92882

Date: 4-21-08

*Nita L. Stormes*
Nita L. Stormes
United States Magistrate Judge